IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00687-PSF-BNB

MARY JO LAIRD,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON,
THE BOARD OF TRUSTEES FOR THE GUNNISON COUNTY PUBLIC LIBRARY, and
PEGGY MARTIN, in her official capacity and Individually,

    Defendants.

## CORRECTED ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND

On May 24, 2006, this Court entered an Order denying Plaintiff's Unopposed Motion for Extension of Time to Respond to Motion for Summary Judgment (Dkt. # 95) as superfluous. The Court reached its conclusion based on its review of the Electronic Case Filing Procedures (Civil Version 2.0) of this District, available on its website at http://www.uscourts.gov/forms/ecfPro.pdf, which states at p.12 in Rule V.G.5: "**Three-Day Rule**. The three-day rule in Fed.R.Civ.P. 6(e) for service by mail shall apply to service by electronic means." The Court now understands that D.C.COLO.LCivR 7.1C, governs the time limits for responses to motions for summary judgment and that such time runs from the date of filing of the motion without consideration of the method of service. Thus, plaintiff's response was due on May 21, 2006.

However, the Court now GRANTS Plaintiff's Motion for Extension of Time to

Respond to Motion for Summary Judgment (Dkt. # 95) and based on that motion allows plaintiff until May 23, *nunc pro tunc*, to file a response. Plaintiff's Response filed on May 23, 2006 (Dkt. # 96) is thus accepted as filed timely on that date.

Dated: May 26, 2006

BY THE COURT:

*s: Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge