IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00687-PSF-BNB

MARY JO LAIRD,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON,
THE BOARD OF TRUSTEES FOR THE GUNNISON COUNTY PUBLIC LIBRARY;
JOHN DEVORE, and
PEGGY MARTIN, in their individual capacities,

    Defendants.

## ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE

This matter is before the Court *sua sponte*.  It is hereby ORDERED that due to a conflict on the Court's docket, the final trial preparation conference currently set for January 11, 2007 at 8:30 a.m. is RESET to **Tuesday, January 16, 2007 at 4:00 p.m.**

    DATED:  December 13, 2006

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge